■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO RODRIGUEZ, Appellant. [626 NYS2d 943] —Judgment unanimously reversed on the law and facts and new trial granted. Memorandum: Following a reconstruction hearing (see, People v Mitchell, 189 AD2d 337), County Court found that Sandoval proceedings had been held in chambers outside of defendant's presence. Consequently, reversal of defendant's conviction is required (see, People v Dokes, 79 NY2d 656), unless the record reveals that the court's Sandoval ruling was wholly favorable to defendant (see, People v Odiat, 82 NY2d 872, 874; People v Favor, 82 NY2d 254, 268, reargument denied 83 NY2d 801).

We credit the testimony of defendant's trial attorney at the reconstruction hearing that the court's *Sandoval* ruling permitted the prosecutor to cross-examine defendant about a prior drug conviction. Thus, the *Sandoval* ruling was not wholly favorable to defendant and reversal is required. We note, however, that the better practice is for the Judge who presides at the reconstruction hearing to make a factual finding concerning the content of the *Sandoval* ruling. (Appeal from Judgment of Monroe County Court, Maloy, J.—Criminal Sale Controlled Substance, 1st Degree.) Present—Green, J. P., Fallon, Callahan, Doerr and Davis, JJ.